711 A.2d 470

**SITE–WORK SERVICES, INC., a Corporation, Petitioner,**

v.

**ROSS & KENNEDY CORPORATION, a Corporation, Respondent,**

v.

**NELSON EXCAVATING, INC., and Nelson Kletzli, Jr., Respondents.**

Supreme Court of Pennsylvania.

June 5, 1998.

David K. McMullin, Robert W. Koehler, Pittsburgh, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 5th day of June, 1998, the Petitions for Allowance of Appeal are GRANTED; the order of the Superior Court is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Allegheny County consistent with this court's opinion in *Marino v. Hackman,* 551 Pa. 369, 710 A.2d 1108 (Pa.) and *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (1998).